Summary Dispositions January 23, 2009:

Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Tuscola Circuit Court for a hearing under People v Ginther, 390 Mich 436 (1973), with respect to appellate counsel’s claim that trial defense counsel was ineffective because of her “failure to request a jury instruction, commensurate with the evidence and the defense theory, on the lesser included offense of entering without breaking.” We direct that court to commence the hearing within 35 days of the date of this order. We further order that court to decide the claim of ineffective assistance of counsel within 14 days of the completion of the hearing, and to file with the Clerk of the Supreme Court a transcript of the hearing and related documents, including any written decision, within 21 days of its ruling. We retain jurisdiction. Court of Appeals No. 278006.